```
            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ARIZONA
```

(Tucson Division)            **CRIMINAL MINUTES**

 09/  284    /              Date: December 14, 2010
 Yr    Case No.   Dft#

 X   Hon. RANER C COLLINS (#7024)

USA v.  CARLOS MANUEL DIAZ (1) – PRESENT IN CUSTODY
             FIRST NAME       MIDDLE NAME         LAST NAME
USA v.  MANUEL URREA (2) – PRESENT IN CUSTODY
             FIRST NAME       MIDDLE NAME         LAST NAME
USA v.  ADALBERTO SONOQUI (3) – PRESENT IN CUSTODY
             FIRST NAME       MIDDLE NAME         LAST NAME
USA v.  JUAN MANUEL MERAZ (4) – PRESENT IN CUSTODY
             FIRST NAME       MIDDLE NAME         LAST NAME

Deputy Clerk:  Maureen Gorski       Crt Reporter: Erica Grund

U. S. Atty: Angela Woolridge        Dft Attys: Richard Jones, apptd – Diaz
                                               Kathleen Moreno, retd – Urrea
                                               Clay Hernandez, retd – Sonoqui
                                               Peter Keller, retd – Meraz
Intrptr: N/A
=====================================================================
**PROCEEDINGS:**         XX   JURY TRIAL              ____ COURT TRIAL

 XX  Jury trial held   1st day

 XX  Case continued to 12/16/2010 at 9:30 a.m.   for further jury trial.

 XX  MOTIONS: Government's Motion in Limine is **GRANTED** re: post arrest statements (Doc. 216); Defendant Diaz' Motion in Limine re: C.I. is **GRANTED** (Doc. 217); **ORDERED ADOPTING** Magistrate Judge's Report and Recommendation (Doc. #201); and **DENYING** Defendant's Diaz' Motion to Dismiss Count 1 (Doc. 160). Further ordered that Doc. 185 is to be properly named as "Supplement to Motion to Dismiss(Doc. 160); Oral Motion for Mistrial is **DENIED**. All motions joined by co-defendants. Defendant Meraz' Motion for Joinder is **GRANTED** (Doc. 211)

_____ Jury retires to deliberate at _____

_____ Jury RETURNS WITH VERDICT(s) at_____   _____ Court finds
       _____ GUILTY as to Count(s)_____

_____ ORDER mistrial declared

_____ Jury polled          _____ Jury not polled/waived

_____ Continued for sentencing to:_____

XX   Other: 14 jurors are seated. Counsel present opening statements.